374 A.2d 716

Dami, Appellant, v. North Strabane Township, et al.

Argued April 12, 1977. E. J. Julian, submitted a brief for appellant; George E. Anthou, for appellees.

Order affirmed.

VAN der VOORT, J., absent.